UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re:  Clayton R. Cross ) | Case No.  10- 30708 MER |
| SSN # xxx-xx-0338 ) | Chapter 13 |
| ) | |
| ) | |
| ) | |
| Debtor(s). ) | |

### CERTIFICATE AND MOTION TO DETERMINE NOTICE

**This certificate pertains to the Debtor's chapter 13 plan dated <u>August 16, 2010</u>, at docket no. 2 and the Debtor's amended chapter 13 plan dated <u>October 18, 2010</u>, at docket no. 18.**

The Debtor, by and through counsel, Bell, Gould & Scott, P.C., submit the following certificate pursuant to L.B.R. 3015-1.5 and states as follows:

1. The Debtor filed for chapter 13 relief on August 16, 2010.  The Debtor attended his 11 U.S.C. § 341(a) Meeting of Creditors on September 29, 2010.

### NO OBJECTIONS

2. No objections have been filed to the Debtor's plan dated <u>August 16, 2010</u> at docket no. 2.

### AMENDED PLAN

4. The Debtor has filed an amended plan, dated <u>October 18, 2010</u> at docket no. 18. The amended plan is captioned "Debtor's First Amended Plan."

The amended plan makes the following changes which are delineated in the amended plan by asterisk, underscoring or highlighting the addition of language specifying that payment provided in the plan to Wells Fargo on the second mortgage is made pursuant to a domestic support obligation as defined in 11 U.S.C. 523(a)(14) until such time as the mortgage note is settled and/or purchased by a third party.

5. The First Amended Plan is intended to cure deficiencies in the prior plan.

## MOTION TO DETERMINE NOTICE OF AMENDED PLAN

6. **Notice:**

[ ] **Notice to all creditors:** The debtor believes notice of the amended plan must be served on the Chapter 13 trustee and to all creditors and parties in interest.

[X] **Request to waive or limit notice:** The debtor requests notice of the amended plan be limited or waived for the following reasons:

The amended plan does not change the rights of any creditors or parties in interest. It simply clarifies a provision in the plan filed on August 16, 2010. Therefore, only the Chapter 13 trustee and parties requesting notice should receive notice.

7. **Objection Time Period:**

[___] **Objection Deadline Pursuant to Fed.R.Bankr.P. 2002(b):** The debtor believes notice of the amended plan should be for the full objection period set forth in Fed.R.Bank.P. 2002(b).

[X] **Request to Shorten Objection Time Period:** The Debtor requests the objection period set forth in Fed.R.Bankr.P. 2002(b) be shortened to 14 days as the plan amendments due not change the substantive rights of any creditors or parties in interest.

Dated: October 18, 2010

BELL, GOULD & SCOTT, P.C.

By: /s/ Laurie R. Stirman
Laurie R. Stirman, #39393
322 East Oak Street
Fort Collins, CO 80524
(970) 493-8999
Fax: (970) 224-9188
Attorney for Debtors/Movants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Certificate and Motion to Determine Notice was served by placing the same in the United States Mail, first class postage pre-paid, this October 18, 2010 to the following:

Sally Zeman
P.O. Box 1169
Denver, CO 80201

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave. Ste 1120
Miami, LF  33131-1605
e-mail Claims@recoverycorp.com

Dale & Decker
2 Inverness Dr. East Ste 105
Englewood, CO  80112

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

Aurora Loan Services
Attn:  BK Department
10350 Park Meadows Drive
Littleton, CO 80124

Aurora Loan Services
P.O. Box 1706
Scottsbluff, NE 69363-1706

/s/ Laurie R. Stirman