UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

Date: **October 25, 2010**　　　　　　　　　　　　　　　　　　　　Honorable Michael E. Romero, Presiding

In re:　**CLAYTON ROBERT CROSS**　　　　　　　　　　　　　　Case No. 10-30708 MER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**
　　　　　　　　　　　　　　　　　Debtor.

Appearances

| | | | |
|---|---|---|---|
| Trustee | **Standing Chapter 13 Trustee** | Counsel | **William Lambert** |
| Debtor | | Counsel | **Laurie Stirman** |
| Creditor | | Counsel | |

Proceedings:　**Confirmation Hearing**　　　　　　　　　　　　　　　　**[ X ] Evidentiary**

　　　　　**[X] Offer of Proof**　　　**[ ] Exhibits entered/admitted (see attached list)**
　　　　　**[ ] Witnesses Sworn (see attached list)**

　　　　　**Trustee's Objection was withdrawn**

Orders:

**[X]　Upon filing of a verification, the Court will review this matter for confirmation.**

　　　　　　　　　　　Date: **October 25, 2010**　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Bradford L. Bolton, Clerk*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____